≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**        Category No. __II__           Investigating Agency __USPS-OIG__

City __Brockton__                  **Related Case Information:**

County __Plymouth__                Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Christine Hedges__                 Juvenile:  ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) __Brockton, MA__

Birth date (Yr only): __1977__   SSN (last4#): __6515__   Sex __F__   Race: _____   Nationality: _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Eugenia M. Carris__                 Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No       List language and/or dialect: _____

Victims:  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

  ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/20/2024          Signature of AUSA: _(Digitally signed by Eugenia M. Carris, Date: 2024.03.20 08:46:06 -04'00')_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Christine Hedges

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | Theft of Government Funds | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____